NUMBER13-06-019-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_______________________________________________________


PEP BOYS - MANNY, MOE & JACK OF DELAWARE, INC. 

AND PEP BOYS - MANNY, MOE AND JACK OF 

CALIFORNIA, Appellants,


v.



ARMANDO LEAL, Appellee.

_______________________________________________________


On appeal from the 92nd District Court


of Hidalgo County, Texas.


_______________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Garza and Benavides


Memorandum Opinion Per Curiam



 Appellants, PEP BOYS - MANNY, MOE & JACK OF DELAWARE, INC. AND PEP
BOYS - MANNY, MOE AND JACK OF CALIFORNIA, perfected an appeal from a
judgment entered by the 92nd District Court of Hidalgo County, Texas, in cause
number C-1325-05-A. On January 3, 2007, this Court was notified that the above
cause had settled and that a formal motion to dispose of the case would be filed. 

 On April 24, 2007, no motion or communication having been received from the
parties, this Court requested that the parties either file an appropriate motion to
dispose of the case or advise the Court of the status of the matter. Pursuant to Tex.
R. App. P. 42.3, notice was given that, if no response was received within ten days
from the date of receipt of said notice, the appeal would be dismissed for want of
prosecution. To date, no response has been received.

 The Court, having examined and fully considered the documents on file and
appellants' failure to respond to this Court's notice, is of the opinion that the appeal
should be dismissed. See Tex. R. App. P. 42.3(c). The appeal is hereby DISMISSED.


 PER CURIAM


Memorandum Opinion delivered and filed

this the 24th day of May, 2007